# United States Court of Appeals
## For the First Circuit

No. 13-1839

UNITED STATES,

Appellee,

v.

LASHAUN CASEY,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on June 3, 2016 is amended as follows:

On the cover sheet replace "Jorgenson" with "Jorgensen"

On page 49, line 5: replace "government" with "defendant"